UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00066-GNS

HARRISON P. WHITLOCK                                                                                           PLAINTIFF

v.

MEN'S ADDICTION RECOVERY CAMPUS; and
MICHAEL TODD BAKER                                                                                            DEFENDANTS

**ORDER**

On July 18, 2018, the Court ordered Plaintiff Harrison Whitlock to respond to the pending dispositive motion and show cause why this matter should not be dismissed for lack of prosecution. (Order, DN 8). No response to that order has been filed.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the involuntary dismissal of a lawsuit if a plaintiff fails to prosecute or comply with a court order. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal." (citing *Link v. Wabash R.R. Co.,* 370 U.S. 626, 630 (1962); *Carter v. Memphis,* 636 F.2d 159, 161 (6th Cir. 1980))). Although federal courts afford pro se litigants some leniency on matters that require legal sophistication like formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons—particularly when there is a pattern of delay or failure to pursue a case. *See id.* at 110. "Further, the United States Supreme Court has recognized that courts have an inherent power to manage their own affairs and may dismiss a case sua sponte for lack of prosecution." *Lyons-Bey v. Pennell*, 93 F. App'x 732, 733 (6th Cir. 2004) (citing *Link*, 370 U.S. at 630-31).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's lack of prosecution of this matter, and Defendant's Motion to Dismiss (DN 7) is **DENIED AS MOOT**. The Clerk shall strike this matter from the active docket.

                                                  **Greg N. Stivers, Judge**
                                                **United States District Court**
                                                    August 13, 2018

cc:     counsel of record
           Harrison P. Whitlock, *pro se*